UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20238-JAL

JESUS GONZALEZ,

    Plaintiff,

vs.

Sunshine Gasoline Distributors, Inc.

    Defendant(s).

_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty one (21) days of the filing of this Notice of Settlement.

Dated this 13th day of February 2024.

Respectfully Submitted,

                                        */s/ Alberto R. Leal*.
                                        Alberto R. Leal, Esq., P.A.
                                        Florida Bar No.: 1002345
                                        E-Mail: albertolealesq@gmail.com
                                        8927 Hypoluxo Rd. #157
                                        Lake Worth, FL 33467
                                        Phone: 954-637-1868
                                        Attorney for Plaintiff